PEOPLE v. SANDLER et al. (Supreme Court, Appellate Division, Third Department. September 23, 1914.) Proceeding by the People of the State of New York against David E.

Sandler and Edgar C. Beach. No opinion. Order affirmed, without costs.